Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, California 92101
Tel (619) 230-7768
Fax (619) 595-5768

Attorneys for Plaintiff
NEW MAJORITY CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW MAJORITY CALIFORNIA, a California not-for-profit corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILEY REIN LLP, a limited liability partnership, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO.  14CV2795-JM-DHB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |

This matter having been settled by all parties, Plaintiff NEW MAJORITY CALIFORNIA ("Plaintiff"), by and through its designated counsel of record, hereby dismisses the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  December 18, 2014

Respectfully submitted,
GORDON & REES LLP

By　*/s/ Richard P. Sybert*
　　Richard P. Sybert
　　Attorney for Plaintiff
　　NEW MAJORITY CALIFORNIA

# CERTIFICATE OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 2000, San Diego, California 92101.

On December 18, 2014, I served the following document(s):

**NEW MAJORITY CALIFORNIA'S NOTICE OF DISMISSAL WITH PREJUDICE**

( ) **BY ECF**. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Court's Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

( X ) **BY U.S. MAIL.** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

( ) **BY PERSONAL SERVICE BY CAUSE.** I caused to be personally delivered the document(s) listed above to the person(s) set forth below pursuant to Federal Rules of Civil Procedure 5(b)(2)(A).

( ) **BY ELECTRONIC MAIL.** by transmitting via electronic mail the document(s) listed above to the address(es) listed below on this date before 5:00 pm pursuant to FRCP 5(b)(2)(E).

| **Counsel for Plaintiff:**<br>Thomas W. Kirby<br>Wiley Rein LLP<br>1776 K St. NW<br>Washington, DC 20006 | |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on December 18, 2014.

Maria G. Cerezo